**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN G. McMILLAN,** | ) | Case No. 1:06CV00850 |
| | ) | |
| Claimant/Appellant, | ) | **JUDGE SARA LIOI** |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| | ) | |
| **LTV STEEL COMPANY, INC,** | ) | |
| | ) | |
| | ) | |
| Debtor/Appellee. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Appellant's appeal is **DENIED**, and the bankruptcy court's orders sustaining Debtor's objection to Appellant's administrative claim and denying Appellant's motion for reconsideration are **AFFIRMED**.  This case is closed.

**IT IS SO ORDERED.**

Dated: September 26, 2007

*s/ Sara Lioi*
Hon. Sara Lioi
United States District Judge